98 P.3d 650

# SUPREME COURT OF HAWAIʻI

**August 19, 2004**

| | | |
|---|---|---|
| 24310 | Hirosane v. Administrative Director of Courts | Affirmed |
| 24633 | Miner v. State | Affirmed |